UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TERRI MARSH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. _____ |
| SYNEOS HEALTH, LLC, | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, Syneos Health, LLC, pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, through its undersigned counsel, respectfully submits this notice of Removal for the purpose of removing the above-captioned action from the Circuit Court of Knox County, Tennessee to the United States District Court for the Eastern District of Tennessee. As grounds for this Notice of Removal, Syneos Health, LLC states as follows:

1. On January 17, 2022, Plaintiff, Terri Marsh filed a Complaint commencing the action styled *Terri Marsh v. Syneos Health, LLC* in the Circuit Court of Knox County, Tennessee, Civil Action No. 2-10-23.

2. On January 23, 2022, Syneos Health, LLC was served with the Summons and Complaint. Copies of the Summons and Complaint that Syneos Health, LLC received are collectively attached hereto and marked **Exhibit A**.

3. Defendant was served with process less than thirty (30) days before filing this Notice of Removal.

4.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court by Syneous Health, LLC pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

5.     This action is removable on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1). Plaintiff's Complaint reflects that she is a resident and citizen of Knox County, Tennessee. (Compl. at ¶ 7).

6.     Defendant Syneos Health, LLC is a Delaware LLC.[1] The sole member of Syneos Health, LLC is Syneos Health, Inc.

7.     Syneos Health, Inc. is not a citizen of Tennessee. Syneos Health, Inc. is a Delaware corporation with its principal place of business in North Carolina.

8.     As a limited liability company, Syneos Health, LLC's citizenship is determined based upon the citizenship of its members. *Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009) (for purposes of diversity jurisdiction, "A limited liability company has the citizenship of each of its members"); *see also Meador v. Nashviille Shores Holdings, LLC*, 2011 WL 672652, at *1-2 (M.D. Tenn. 2011) (diversity existed where plaintiff was a Tennessee citizen and members of the Tennessee limited liability company were citizens of New York, New Jersey, Oklahoma, Connecticut, and Kentucky); *Stamper v. Wilson & Assocs., P.L.L.C*, 2010 WL 1408585, at *10 (E.D. Tenn. 2010) ("For purposes of determining diversity jurisdiction, a limited liability company's citizenship is that of its members").

9.     Therefore, complete diversity of citizenship exists.

10.    The amount in controversy also exceeds $75,000.

---

[1] Syneos Health, LLC is not the proper defendant in this action. Syneos Health, LLC was not Plaintiff's employer. Plaintiff was an employee of Syneos Health US, Inc, which is a Delaware corporation with its principal place of business in North Carolina.

2

11. In addition to attorneys' fees, costs, post-judgment interest, and any and all other further and general relief to which Plaintiffs may be entitled under law and equity, Plaintiff seeks monetary relief in the amount of no less than three hundred thousand dollars ($300,000.00). (Compl.).

12. According to her Complaint, Plaintiff was terminated on January 31, 2022. (Compl. at ¶ 23). She also alleges that her base salary was $82,500.00 per year with an additional bonus each year of $30,000.00. (Compl. at ¶ 11). Plaintiff seeks to recover for her "loss of earnings" in addition to other categories of damages. Thus, at the time of this Removal, Plaintiff has allegedly lost more than $112,500.00 in earnings since her termination.

13. Thus, it is without question that the amount in controversy exceeds $75,000.00 pursuant to 28 U.S.C.§ 1332(a).

14. Based upon the foregoing, this action is subject to removal pursuant to 28 U.S.C. § 1441. Specifically, Section 1441(a) specifies that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants to the district court of the United States for the district and division embracing the place where such action is pending." Thus, this action is properly removable.

15. This lawsuit has also been properly removed to this district court as 28 U.S.C. § 1446(a) specifies that the notice of removal shall be filed in the district court of the United States for the district ad division within which such action is pending. Pursuant to 28 U.S.C. § 123(a)(1), this district and division encompasses Knox County, where the action was pending prior to removal.

16. Pursuant to 28 U.S.C. § 1446(d), Syneos Health, LLC will promptly file a Notice of Filing of Notice of Removal with the Clerk for the Circuit Court of Knox County, Tennessee,

with a copy to be served on Plaintiff's counsel. A copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit B**.

By removing this action to this Court, Defendant does not waive any defenses, objections or motions available to it under state and federal law.

WHEREFORE, Defendant, pursuant to 28 U.S.C. §§ 1441 and 1446 respectfully submits, based upon the allegations set forth in this Notice of Removal, that this action is properly removed and requests that this Court retain jurisdiction over this action.

Dated this 22nd day of February 2023.

Respectfully submitted,

*s/ William S. Rutchow*
William S. Rutchow, TN Bar No. 017183
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908
William.Rutchow@ogletree.com

Luci L. Nelson, BPR # 036354
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-271-1300
Facsimile: 864-235-8806
Luci.Nelson@ogletree.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 22nd, 2023, the foregoing was electronically filed with the Court and served via electronic mail to the following counsel of record:

Larry L. Crain
Crain Law Group, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
larry@crainlaw.legal

**ATTORNEY FOR PLAINTIFF**

*/s/ William S. Rutchow*