IN THE CIRCUIT COURT OF KNOX COUNTY, TENNESSEE

| | |
|---|---|
| TERRI MARSH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2-10-23 |
| SYNEOS HEALTH, LLC, | ) |
| Defendant. | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1446(d), please take notice that on February 22, 2023, the Defendant Syneos Health, LLC, filed a Notice of Removal in the United States District Court for the Eastern District of Tennessee. A copy of the Notice of Removal is attached hereto as **Exhibit 1**. Pursuant to 28 U.S.C. 1446(d), this "court shall proceed no further unless and until the case is remanded."

Dated this the 22nd of February, 2023.

**EXHIBIT B**

Respectfully submitted,

*/s/ William S. Rutchow*
William S. Rutchow, TN Bar No. 017183
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908
William.Rutchow@ogletree.com

Luci L. Nelson, TN #036354
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
The Ogletree Building
300 North Main St., Suite 500
Greenville, SC 29601
Telephone: 864-271-1300
Luci.Nelson@ogletree.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22nd, 2023, the foregoing was electronically filed with the Court and served via electronic mail to the following counsel of record:

Larry L. Crain
Crain Law Group, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
larry@crainlaw.legal

**ATTORNEY FOR PLAINTIFF**

*/s/ William S. Rutchow*