UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TERRI MARSH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:23-CV-66-KAC-DCP |
| SYNEOS HEALTH, LLC | ) ) | |
| Defendant. | ) | |

## JUDGMENT

In the Order Dismissing Action, the Court **DISMISSED** this action and the claims therein with prejudice under Local Rule 68.1 and Federal Rule of Civil Procedure 41(b). Accordingly, the Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT